UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
vs. ) Case No. 4:02CR0106 JCH
)
RODREGUS FUQUA, )
)
    Defendant. )

### WAIVER OF PRELIMINARY HEARING
(Rule 32.1 Fed. R. Crim. P.)

I Rodregus Fuqua, charged in a petition pending in this District with a violation of the conditions of my (supervised release)(probation) and having appeared before this court and been advised of my rights as required by Rule 32.1, Fed. R. Crim P., including my right to have a preliminary hearing, do hereby waive (give up) my right to a preliminary hearing.

### WAIVER OF DETENTION HEARING

I understand that the Government has filed a Motion for Detention asking the court not to set a bond for my release.

After discussion with my lawyer, I want to waive (give up) my right to a detention hearing.

I understand I will be detained (held in custody) until my final (supervised release revocation hearing) (probation-revocation-hearing).

_____        _____
Attorney for Defendant                                  Defendant

Dated this 16 day of March, 2006       Dated this 16 day of March, 2006

### ORDER OF DETENTION

Based on the record made in open court, I find that defendant's waiver of a detention hearing is knowing, intelligent and voluntary. I have considered the Report of the Pretrial Services Office and all of the factors required to be considered by 18 U.S.C. § 3142(g), and I find that there are no conditions or combinations of conditions that will reasonably assure the appearance of the defendant as required and the safety of the community.

**ACCORDINGLY,**

    IT IS HEREBY ORDERED that the government's Motion for Detention is GRANTED, and that defendant be detained pending a final revocation hearing in the District Court.

    IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility. The defendant shall be afforded a reasonable opportunity for private consultations with counsel.

    IT IS FURTHER ORDERED that on order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 16th day of March, 2006.